App. Div.]  First Department, June, 1919.

WILLIAM HOFFMAN and Others v. ABRAHAM HERMAN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL SOLOMON v. UNION SAVINGS BANK OF THE CITY OF AUGUSTA, GEORGIA.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CATHARINE SULLIVAN v. HELEN L. ASHLEY, as Administratrix, etc.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FREDERICK E. HASTINGS, for Himself, etc., v. INTERNATIONAL PAPER COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALFRED PALMER · v. WALTER J. BURKE GARAGE COMPANY, INC., and Others.— Motion denied, without costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NANUET AMUSEMENT COMPANY v. FIRST NATIONAL EXHIBITORS CIRCUIT, INC., OF THE NORTHWEST.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BAYARD PRODUCTS COMPANY, INC., v. THE FARMERS' LOAN AND TRUST COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RAYMOND J. BOERA and Others v. HIJOS JOSE TAYA, S. EN C.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANCES DUNNE v. NEW YORK TELEPHONE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ISAAC BLUMBERG v. THE BOWERY BANK OF NEW YORK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MORRIS LANG v. CASSEL COHEN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM I. T. FOSDICK v. GLOBE INDEMNITY COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HENRY P. ANSERGE v. JAMES K. MACALPINE.— Application · denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.